In the Matter of HENRY J. FARRELL, an Attorney.— Reference ordered to

Hon. John M. Tierney, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ALVIN MERBER, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.